IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BETTY SINGLETARY, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 1:15-cv-03699-ODE-WEJ |
| v. | ) | |
| | ) | |
| CACH, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DEFENDANT CACH, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, CACH, LLC, the Defendant in the above-styled case, and by and through undersigned counsel, hereby submits its disclosures pursuant to FRCP 7.1, and states as follows:

**(1)** The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    A.    Plaintiff, Betty Singletary; and

    B.    Defendant, CACH, LLC.  CACH, LLC is a wholly owned subsidiary of SquareTwo Financial Corporation, the equity of which is not publicly traded;

-1-

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    A.    None at this time.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding

    A.    *For Plaintiff, Betty Singletary:*

    William R. Carlisle of Carlisle Law Firm, 319 Resource Parkway, Winder, Georgia 30380. Telephone: (770) 295-0175.

    B.    *For Defendant, CACH, LLC:*

    John H. Bedard, Jr. and Michael K. Chapman of Bedard Law Group, P.C., 2810 Peachtree Industrial Blvd., Suite D, Duluth, Georgia 30097. Telephone: (678) 253-1871.

This 27th day of October, 2015.    Respectfully submitted,

    BEDARD LAW GROUP, P.C.

    /s/ Michael K. Chapman
    Michael K. Chapman
    Georgia Bar No. 322145

    *Counsel for Defendant,*
    *CACH, LLC*

Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871
mchapman@bedardlawgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BETTY SINGLETARY, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 1:15-cv-03699-ODE-WEJ |
| v. ) | |
| ) | |
| CACH, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2015, I electronically filed this *Defendant CACH, LLC's Corporate Disclosure Statement* using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

**William R. Carlisle**
**wrclaw@gmail.com**

This 27th day of October, 2015.        Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ Michael K. Chapman
Michael K. Chapman
Georgia Bar No. 322145

-4-